IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUMBER LIQUIDATORS, INC.,           )
                                    )   2:12-mc-00022-GEB-CKD
          Plaintiff,                )
                                    )
     v.                             )   ORDER
                                    )
KEVIN H. SULLIVAN,                  )
                                    )
          Defendant.                )
_____    )

        Based upon the Declaration of David J. Cook, Esq., and all matters of which the court may take judicial notice, the Clerk of this Court shall issue all Writs of Execution, Abstracts of Judgment, which shall reflect Lumber Liquidators, Inc. as the judgment creditor and Kevin H. Sullivan as the judgment debtor, in which the principal amount of the judgment is $359,389.00 and accrued interest as of June 8, 2012, in the amount of $66,048.64, for a total of $425,437.64.

        Nothing in this order herein shall discharge, release, alter, change, or modify the terms of the Arbitration Award as confirmed in the action entitled Lumber Liquidators, Inc. v. Kevin H. (Sam) Sullivan, pending in the United States District Court, District of Massachusetts, Case No. 1:10-cv-11890-NMG, said order and judgment confirming the award dated January 20, 2012.

Dated:  June 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge