IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBER LIQUIDATORS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN H. SULLIVAN,<br><br>        Defendant. | 2:12-mc-00022-GEB-CKD<br><br>ORDER FOR STAY OF ENFORCEMENT PENDING RENDITION OF ARBITRATION AWARD IN OTHER MATTER[*] |

        Based upon the September 10, 2012 stipulation by and between Plaintiff Lumber Liquidators, Inc. and Defendant Kevin H. Sullivan, by and through their respective attorneys of record,

        IT IS HEREBY ORDERED that the above-captioned matter is stayed until a final decision and award is issued by the arbitrator in *Kevin H. Sullivan, an individual, Complainant, v. Lumber Liquidators, Inc., a Delaware corporation, Respondent*, American Arbitration Association No. 11 166 00146 11; that upon the issuance of the award the stay is automatically dissolved without further action by the parties, and the parties shall file a status report within ten days of the issuance of the award; and that this stay has no substantive effect upon the rights and obligations of the parties.

---

    [*]   This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1    Further, in light of the stipulation between the parties,
2 Defendant's Motion to Quash or Stay Writ of Execution, filed on July 31,
3 2012, is deemed withdrawn.

Dated: September 11, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge